# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO.: 3:05CR103

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>vs. )<br>       )<br>JERMAL DANIELS, )<br>      Defendant. )<br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** upon the receipt of a handwritten Request for Co-Defendants Conference dated August 15, 2005, from Jermal Daniels (the "Request"). In the Request, Mr. Daniels asks for a co-defendants conference "to help in the preparation for an adequate defense for justice."

The record reflects that Mr. Daniels is represented by appointed counsel, James Stephen Weidner, Jr. It is the practice of this Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. Daniels has any matters he wishes this Court to consider, they must be submitted through his attorney.

**IT IS, THEREFORE, ORDERED** that Mr. Daniels' Request for Co-Defendants Conference is **DENIED** without prejudice to his right to re-file the motion, if appropriate, through his attorney, Mr. Weidner.

The Clerk of Court is directed to send a copy of the Request to Mr. Weidner along with his copy of this Order.

**Signed: August 17, 2005**

David C. Keesler
United States Magistrate Judge