IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr103

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| JERMAL DANIELS | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's motion to dismiss alleging an illegal arrest (Doc. No. 100); motion for return of property (Doc. 101); and motion to dismiss alleging a speedy trial violation (Doc. 108). The defendant is currently represented by counsel.

**IT IS, THEREFORE, ORDERED,** that the defendant's above referenced pro se motions are DENIED without prejudice to be pursued by counsel if deemed advisable.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

**Signed: November 16, 2005**

Robert J. Conrad, Jr.
United States District Judge