UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CR103-3

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>(3) JERMAL DANIELS )<br>) | FINAL ORDER AND<br>JUDGMENT OF FORFEITURE |

On June 20, 2006, this Court entered a preliminary order of forfeiture pursuant to 21 U.S.C. §853 and Fed. R. Crim. P. 32(d)(2), based upon the defendant's conviction at trial on all counts in which he was charged in the Third Superseding Bill of Indictment.

On July 18, 2006, the United States published in the Mecklenburg Times, a newspaper of general circulation, notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed.

Based on the record in this case, including the evidence introduced at trial, the Court finds, in accordance with Fed. R. Crim. P. 32.2(c)(2) and (e)(1)(B), that the defendant or a combination of the defendants had an interest in the property listed below that is forfeitable under 21 U.S.C. §853. The preliminary order of forfeiture has therefore become final as to this property, and it is subject to forfeiture pursuant to Rule 32.2(c)(2) and Rule 32.2(e)(1)(B).

It is therefore **ORDERED, ADJUDGED AND DECREED** that all right, title, and interest in the following property is hereby forfeited to the United States for disposition according to law:

      a. The sum of $63,010 in United States currency seized on or about March 4, 2005, in Charlotte, North Carolina.

b.  The following firearms and related ammunition seized on or about March 4, 2005, in Charlotte, North Carolina:  a Mossberg shotgun; a 50 AE Desert Eagle pistol; a .45 caliber Glock pistol; a P95DC Sturm Ruger pistol; a 255 Smith & Wesson revolver; and a Model 27 Glock pistol.

c.  The sum of $112,500 in criminal proceeds of the conspiracy charged in Count One.

Signed: August 24, 2006

Robert J. Conrad, Jr.
Chief United States District Judge