IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr103

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JERMAL DANIELS (2) ) | |
| ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se (Doc. No. 297) for reconsideration of the Court's Order (Doc. No. 277) denying his motion for release from solitary confinement (Doc. No. 273).

The defendant through counsel has appealed the Court's Order. (Doc. No. 287). Accordingly, the Court no longer has jurisdiction over this issue. Fed. R. App. P. 4(b)(5). Even if the Court had jurisdiction, having reviewed the contentions of the defendant and the record in this matter, the Court would not alter its previous decision.

**IT IS, THEREFORE, ORDERED** that the defendant's motion (Doc. No. 297) is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, the United States Attorney, the United States Probation Office, and the U.S. Marshals Service.

Signed: February 12, 2007

Robert J. Conrad, Jr.
Chief United States District Judge