IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CR-00103-RJC-DCK

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| JERMAL DANIELS | ) |
| | ) |

**THIS MATTER** is before the Court upon motions of the defendant pro se to correct clerical mistakes in his presentence report (PSR). (Doc. Nos. 463, 466).

The defendant complains that the Bureau of Prisons has made security classification decisions based on errant information in the PSR. The United States Court of Appeals for the Fourth Circuit previously found that the Court correctly calculated the advisory guideline range, which involved determination of the drug quantity attributable to the defendant. (Doc. No. 439: Opinion at 4; PSR at ¶ 28).

**IT IS, THEREFORE, ORDERED** that the defendant's motion are **DENIED**.

Signed: October 9, 2014

Robert J. Conrad, Jr.
United States District Judge